UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOSEPH MELGER,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | No. 2:18-cv-1775 AC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed a complaint in this civil rights action on June 20, 2018. On July 27, 2018, plaintiff filed notice requesting that this action be dismissed. See ECF No. 9. Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure.

2. Plaintiff's motions to proceed in forma pauperis, ECF Nos. 2 & 7, are denied as moot.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATED: July 31, 2018

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE